FILED: September 25, 2017

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 17-2112

(8:14-cv-03955-GJH)

_____

PULTE HOME CORPORATION, and Shiloh Farm Investments LLC

    Plaintiff - Appellant

v.

MONTGOMERY COUNTY, MARYLAND; MARYLAND-NATIONAL CAPITAL PARK AND PLANNING COMMISSION

    Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:14-cv-03955-GJH |
| Date notice of appeal filed in originating court: | 09/21/2017 |
| Appellant (s) | Pulte Home Corporation and Shiloh Farm Investments LLC |
| Appellate Case Number | 17-2112 |
| Case Manager | Cathy Tyree Herb<br>804-916-2724 |